**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Stanley Louis Sheppard
In Proper Person
5415 Avery Island Road
New Iberia LA 70560

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 23, 2022

**REHEARING ACTION: March 23, 2022**

**Docket Number: 21   00712-CA**

**STANLEY LOUIS SHEPPARD**
**VERSUS**
**WILLIAM N.M.I. SHEPPARD, SR. ET AL.**

**Appealed from Iberia Parish Case No. 137279**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Sharon Darville Wilson**
**Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Stanley Louis Sheppard** has this day been

**DENIED.**

cc: Maudry M. Vernon, In Proper Person